# EXHIBIT A

**Martin J. Hillman, Esq. - ID # 045031992**
**Joseph D. Kaplan & Son, P.C.**
**A Professional Corporation**
**150 East State Street**
**Trenton, New Jersey 08608**
**Telephone: (609) 396-9132**
**Attorney(s) for Plaintiff(s),**

Process Server/Sheriff

APR 2 7 2022

SERVED

| | |
|---|---|
| **Plaintiff(s),**<br>**Linda Kidd** | : **Superior Court Of New Jersey**<br>: **Law Division - Mercer County**<br>:<br>:<br>: **Docket No.:  MER-L-710-22** |
| **v.** | :<br>: |
| **Defendant(s),**<br>**Walmart, Inc., et al.** | : **CIVIL ACTION**<br>:<br>:<br>: **SUMMONS**<br>: |

**FROM THE STATE OF NEW JERSEY TO THE DEFENDANT(S) NAMED ABOVE:**

The Plaintiff(s), named above, has filed a lawsuit against you in the Superior Court of New Jersey. The Complaint attached to this Summons states the basis for this lawsuit. If you dispute this Complaint, you or your attorney must file a written Answer or Motion and Proof of Service with the Deputy Clerk of the Superior Court in the County listed above within thirty-five (35) days from the date you received this Summons, not counting the date you received it. (The address of each Deputy Clerk of the Superior Court is provided.) If the Complaint is one in foreclosure, then you must file your written Answer or Motion and Proof of Service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, New Jersey 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the Deputy Clerk of the Superior Court) must accompany your Answer or Motion when it is filed. You must also send a copy of your Answer or Motion to Plaintiff's attorney whose name and address appear above, or to Plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written Answer or Motion (with fee of one hundred thirty-five $135.00 dollars and completed Case Information Statement) if you want the Court to hear your defense.

If you do not file and serve a written Answer of Motion within thirty-five (35) days, the Court may enter a Judgment against you for the relief Plaintiff(s) demands, plus interest and cost of suit. If Judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the Judgment.

If you cannot afford an attorney, you may call the Legal Services Office in the County where you live. A list of these offices is provided. If you do not have an attorney and are not

eligible for free legal assistance, you may obtain a referral to
an attorney by calling one of the Lawyer Referral Services.   A
list of these numbers is also provided.


Dated: April 25, 2022              /s/ *Christina Higgins*

                                   Christina Higgins
                                   Acting Clerk of the Superior Court


**Name and address of Defendant(s) to be served:**

Walmart, Inc.
702 SW 8th Street
Bentonville, AR 72716

**ATLANTIC COUNTY:**
Deputy Clerk of the Superior Court,
Civil Division, Direct Filing
1201 Bacharach Blvd.,
First Floor
Atlantic City, NJ 08401
LAWYER REFERRAL
(609) 345-3444
LEGAL SERVICES
(609) 348-4200

**BERGEN COUNTY:**
Deputy Clerk of the Superior Court,
Case Processing Section, Room 119
Justice Center, 10 Main St.
Hackensack, NJ 07601-0769
LAWYER REFERRAL
(201) 488-0044
LEGAL SERVICES
(201) 487-2166

**BURLINGTON COUNTY:**
Deputy Clerk of the Superior Court,
Central Processing Office
Attn: Judicial Intake
First Fl. Courts Facility
49 Rancocas Road
Mt. Holly, NJ 08060
LAWYER REFERRAL
(856) 261-4862
LEGAL SERVICES
(856) 261-1088

**CAMDEN COUNTY:**
Deputy Clerk of the Superior Court,
Civil Processing Office, 1st Fl.
Hall of Records
101 S. Fifth Street
Camden, NJ 08103
LAWYER REFERRAL
(856) 964-4520
LEGAL SERVICES
(856) 964-2010

**CAPE MAY COUNTY:**
Deputy Clerk of the Superior Court,
Central Processing Office
9 N. Main Street
Box DN-209
Cape May Court House, NJ 08210
LAWYER REFERRAL
(609) 463-0313
LEGAL SERVICES
(609) 465-3001

**CUMBERLAND COUNTY:**
Deputy Clerk of the Superior Court,
Civil Case Management Office
Broad & Fayette Sts., P.O. Box 615
Bridgeton, NJ 08302
LAWYER REFERRAL
(856) 692-6207
LEGAL SERVICES
(856) 451-0003

**ESSEX COUNTY:**
Deputy Clerk of the Superior Court,
237 Hall of Records
465 Dr. Martin Luther King, Jr. Blvd.
Newark, NJ 07102
LAWYER REFERRAL
(973) 622-6207
LEGAL SERVICES
(973) 624-4500

**GLOUCESTER COUNTY:**
Deputy Clerk of the Superior Court,
Civil Case Management Office
Attn: Intake
First Fl., Court House
1 N. Broad St., P.O. Box 129
Woodbury, NJ 08096
LAWYER REFERRAL
(856) 848-4589
LEGAL SERVICES
(856) 848-5360

**HUDSON COUNTY:**
Deputy Clerk of the Superior Court,
Superior Court, Civil Records Dept.
Brennan Court House - 1st Floor
583 Newark Ave.,
Jersey City, NJ 07306
LAWYER REFERRAL
(201) 798-2727
LEGAL SERVICES
(201) 792-6363

**HUNTERDON COUNTY:**
Deputy Clerk of the Superior Court,
Civil Division
65 Park Avenue
Flemington, NJ 08862
LAWYER REFERRAL
(908) 735-2611
LEGAL SERVICES
(908) 782-7979

**MERCER COUNTY:**
Deputy Clerk of the Superior Court,
Local Filing Office, Courthouse
175 South Broad St., P.O. Box 8068
Trenton, NJ 08650
LAWYER REFERRAL
(609) 585-6200
LEGAL SERVICES
(609) 695-6249

**MIDDLESEX COUNTY:**
Deputy Clerk of the Superior Court,
Administration Building
Third Floor
1 Kennedy Sq., P.O. Box 2633
New Brunswick, NJ 08903-2633
LAWYER REFERRAL
(732) 828-0053
LEGAL SERVICES
(732) 249-7600

**MONMOUTH COUNTY:**
Deputy Clerk of the Superior Court,
71 Monument Park
P.O. Box 1262
Courthouse, East Wing
Freehold, NJ 07728-1262
LAWYER REFERRAL
(732) 431-5544
LEGAL SERVICES
(732) 866-0020

**MORRIS COUNTY:**
Deputy Clerk of the Superior Court,
Civil Division
30 Schuyler Pl., P.O. Box 910
Morristown, NJ 07960-0910
LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 285-6911

**OCEAN COUNTY:**
Deputy Clerk of the Superior Court,
Court House, Room 119
118 Washington Street
Toms River, NJ 08754
LAWYER REFERRAL
(732) 240-3666
LEGAL SERVICES
(732) 341-2727

**PASSAIC COUNTY:**
Deputy Clerk of the Superior Court,
Civil Division, Court House
77 Hamilton Street
Paterson, NJ 07505
LAWYER REFERRAL
(973) 278-9223
LEGAL SERVICES
(973) 345-7171

**SALEM COUNTY:**
Deputy Clerk of the Superior Court,
92 Market St., P.O. Box 18
Salem, NJ 08079
LAWYER REFERRAL
(856) 678-8363
LEGAL SERVICES
(856) 451-0003

**SOMERSET COUNTY:**
Deputy Clerk of the Superior Court,
Civil Division Office
New Court House, 3rd Floor
P.O. Box 3000
Somerville, NJ 08876
LAWYER REFERRAL
(908) 685-2323
LEGAL SERVICES
(908) 231-0840

**SUSSEX COUNTY:**
Deputy Clerk of the Superior Court,
Sussex County Judicial Center
43-47 High Street
Newton, NJ 07860
LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 383-7400

**UNION COUNTY:**
Deputy Clerk of the Superior Court,
1st Floor, Courthouse
2 Broad Street
Elizabeth, NJ 07207-6073
LAWYER REFERRAL
(908) 353-4715
LEGAL SERVICES
(908) 354-4340

**WARREN COUNTY:**
Deputy Clerk of the Superior Court,
Civil Division Office, Courthouse
Belvidere, NJ 07823-1500
LAWYER REFERRAL
(973) 267-5882
LEGAL SERVICES
(973) 475-2010

Martin J. Hillman – NJ Attorney ID #: 045031992
JOSEPH D. KAPLAN & SON, P.C
150 East State Street
Trenton, NJ 08608
Telephone: (609) 396-9132
Attorney (s) for Plaintiff (s)

| PLAINTIFF (s)<br>Linda Kidd | : | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION – MERCER COUNTY |
|---|---|---|
| Vs. | : | DOCKET NO.: |
| DEFENDANT (s)<br>Walmart, Inc., XYZ Corporation,<br>I to X and John Doe, I to X, the names<br>XYZ Corporation, I to X and John Doe,<br>I to X, Being Fictitious | : | CIVIL ACTION<br><br>COMPLAINT |

PLAINTIFF, residing at 725 Denow Road, in the Borough of Pennington, County of

Mercer and State of New Jersey, says:

### First Count

1. On or about October 15, 2021, at about 11:00 a.m., while Plaintiff was a customer

upon premises of Defendants at 700 Marketplace Boulevard, in the Township of

Hamilton, County of Mercer and State of New Jersey, said premises were so negligently

owned, controlled, supervised, operated, managed, inspected, cleaned, repaired, and

maintained by Defendants that Plaintiff was injured.

2. As a result, Plaintiff sustained severe external and internal injuries, suffered great

pain, and was prevented from attending to her business and incurred expenses for medical,

hospital and nursing care.

3. Defendants XYZ Corporation, I to X and John Doe, I to X, are unknown

Corporations or persons who either owned and controlled the premises in question or who

owned, operated, supervised, inspected, repaired, managed and maintained said premises at all times herein mentioned.

WHEREFORE, Plaintiff demands Judgment against the Defendants under the First Count for damages and costs of suit.

Plaintiff demands trial by jury.

Joseph D. Kaplan & Son, P.C.

BY: _____
MARTIN J. HILLMAN
Attorneys for Plaintiff(s)

DATED: April 21, 2022

## Certification No Further Action Pending

I certify that the matter in controversy is not the subject of any action pending in Court or of a pending Arbitration proceeding nor is any other action or arbitration proceeding contemplated. I further certify that there are no other parties known to me that should be joined in the instant action other than those individuals whom continuing discovery and further investigation may reveal as liable as substitutes for XYZ Corporation, I to X and John Doe, I to X.

Joseph D. Kaplan & Son, P.C.

BY: _____
MARTIN J. HILLMAN
Attorneys for Plaintiff(s)

DATED: April 21, 2022

# Civil Case Information Statement

## Case Details: MERCER | Civil Part Docket# L-000710-22

**Case Caption:** KIDD LINDA  VS WALMART, INC.

**Case Initiation Date:** 04/22/2022

**Attorney Name:** MARTIN J HILLMAN

**Firm Name:** JOSEPH D. KAPLAN & SON, PC

**Address:** 150 E STATE ST

TRENTON NJ 08608

**Phone:** 6093969132

**Name of Party:** PLAINTIFF : KIDD, LINDA

**Name of Defendant's Primary Insurance Company**

(if known): None

**Case Type:** PERSONAL INJURY

**Document Type:** Complaint with Jury Demand

**Jury Demand:** YES - 6 JURORS

**Is this a professional malpractice case?** NO

**Related cases pending:** NO

**If yes, list docket numbers:**

**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

**Are sexual abuse claims alleged by: LINDA KIDD?** NO

### THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE
#### CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO
   **If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO
   **If yes, for what language:**

**Please check off each applicable category: Putative Class Action?** NO  **Title 59?** NO  **Consumer Fraud?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

04/22/2022
Dated

/s/ MARTIN J HILLMAN
Signed